UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOHANIA MARTIN**, <br> Plaintiff, <br> v. <br> **RUBINA KHAN, ET AL.**, <br> Defendants. | Case No. 15-cv-03407-YGR <br><br> **ORDER OF DISMISSAL** |

On July 30, 2015, the Court issued an Order Denying Plaintiff Yohania Martin's Application to Proceed *In Forma Pauperis* and Dismissing the Complaint Without Prejudice. (Dkt. No. 6.) Plaintiff was given until August 28, 2015 to file an amended complaint and a renewed application to proceed *in forma pauperis*. (*Id*. at 3.)

Despite the filing of a largely unintelligible document entitled "Plaintiff Asking the Court of [*sic*] Consider Facts Poverty and Allow Complaint" (Dkt. No. 7) and a document entitled "Amended Complaint" (Dkt. No. 8), along with a renewed motion for leave to proceed *in forma pauperis* and accompanying affidavit (Dkt. Nos. 9-10), the Court still cannot determine the essential elements of any cognizable federal claim (i.e., a legal theory upon which relief can be granted). Plaintiff appears to suggest that she did not pursue the matter in state court because she sought relief from a "higher court." As previously indicated, federal courts are courts of limited jurisdiction. (Dkt. No. 6 at 1-2.) Plaintiff has not identified any claim which would give rise to federal jurisdiction, nor does one appear feasible in light of the circumstances alleged. Neither does plaintiff present an alternative basis for federal jurisdiction. State law disputes between citizens of the same state—in this case, apparently California—are typically resolved by the state's trial and appellate courts, not federal courts. Accordingly, the amended complaint is **DISMISSED** on the same grounds as detailed in the Court's July 30, 2015 Order (Dkt. No. 6) as to the initial

1 complaint.

2     **IT IS SO ORDERED.**

3 Dated: September 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**